

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00416-CV

IN THE INTEREST OF G.S. AND A.S., CHILDREN

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2013-508,850, Honorable Judy Parker, Presiding

January 27, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On January 15, 2015, appellant, Amanda Steppe, filed a motion to dismiss her appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which he would otherwise be entitled, the Court directs appellee to

file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice